

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2013

No. 04-13-00404-CV

**IN RE** The **ESTATE OF** Alberto **TREVINO**, Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On June 24, 2013, relator filed a petition for writ of mandamus and a motion for emergency stay. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than July 9, 2013.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency stay is GRANTED. Any proceedings in Cause No. P-01796 in the County Court of Zapata County and No. 8,257 in the 49th District Court of Zapata County, Texas are STAYED pending final resolution of the petition filed in this court.

It is so **ORDERED** on June 25, 2013.          PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. P-01796, styled *IN RE The ESTATE OF Alberto TREVINO, Jr.*, pending in the County Court, Zapata County, Texas, the Honorable Joe Rathmell presiding.